STEPHANIE M. HINDS (CABN 154284)
Acting United States Attorney

HALLIE HOFFMAN (CABN 210020)
Chief, Criminal Division

GARTH HIRE (CABN 187330)
KATHERINE M. LLOYD-LOVETT (CABN 276256)
Assistant United States Attorneys

    1301 Clay Street, Suite 340S
    Oakland, California 94612
    Telephone: (510) 637-3680
    FAX: (510) 637-3724
    garth.hire@usdoj.gov
    katherine.lloyd-lovett@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| UNITED STATES OF AMERICA, | ) | NO. CR 21-00359-LHK |
|---|---|---|
| Plaintiff, | ) ) | STIPULATION TO SET STATUS CONFERENCE AND EXCLUDE TIME FROM NOVEMBER 16, 2021, TO DECEMBER 15, 2021 AND [PROPOSED] ORDER |
| v. | ) ) ) | |
| SABER HUSSAIN, | ) ) | |
| Defendant. | ) ) | |

      On September 23, 2021, this Court found that the above-captioned case is related to CR 19-00463-LHK and this matter was therefore reassigned from the Honorable Beth Labson Freeman to this Court. Dkt. 5. Accordingly, the parties' previously-scheduled status conference before Judge Freeman, set for November 16, 2021, has been vacated. *Id.* The parties have consulted with the Court's Courtroom Deputy and understand that December 15, 2021, is an available date for the rescheduled status conference. The parties hereby request that the Court set a status conference in this matter for December 15, 2021.

      In addition, the parties have entered into a written Deferred Prosecution Agreement, which the parties intend to present to the Court at the status conference. 18 U.S.C. Section 3161(h)(2) states that

STIPULATION TO EXCLUDE TIME AND [PROPOSED] ORDER
Case No. CR 21-00359-LHK

the following period of time is excludable under the Speedy Trial Act: "Any period of delay during which prosecution is deferred by the attorney for the Government pursuant to written agreement with the defendant, with the approval of the court, for the purpose of allowing the defendant to demonstrate his good conduct." The parties stipulate and agree that this provision applies here because there is a written agreement between the parties and the government's prosecution of the defendant is currently deferred to allow the defendant to demonstrate his good conduct pursuant to that agreement. The parties therefore ask the Court to order time excluded between November 16, 2021, and December 15, 2021, on that basis.

The undersigned Assistant United States Attorney certifies that she has obtained approval from counsel for the defendant to file this joint status report and proposed order.

IT IS SO STIPULATED.

DATED: September 28, 2021

/s/
KATHERINE M. LLOYD-LOVETT
Assistant United States Attorney

DATED: September 28, 2021

/s/
VICKI H. YOUNG
Counsel for Defendant Saber Hussain

STIPULATION TO EXCLUDE TIME AND [PROPOSED] ORDER
Case No. CR 21-00359-LHK

**[PROPOSED] ORDER**

Based upon the facts set forth in the stipulation of the parties and the representations made to the Court, and for good cause shown, the Court hereby SETS a status hearing in this matter on December 15, 2021, at 9:15 a.m. The Court further ORDERS that time is excluded from computation under the Speedy Trial Act from November 16, 2021, through December 15, 2021, based on the parties' representation that they have entered into a written Deferred Prosecution Agreement and that the government's prosecution is currently deferred to allow the defendant to demonstrate his good conduct. 18 U.S.C. § 3161(h)(2).

IT IS SO ORDERED.

DATED: _____9/28/2021_____        _____
                                      HON. LUCY H. KOH
                                      United States District Judge