STEPHANIE M. HINDS (CABN 154284)
United States Attorney

THOMAS A. COLTHURST (CABN 99493)
Chief, Criminal Division

LLOYD FARNHAM (CABN 202231)
GARTH HIRE (CABN 187330)
Assistant United States Attorneys

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-6559
    FAX: (415) 436-7234
    Lloyd.Farnham@usdoj.gov
    Garth.Hire@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 21-00359 RS |
| Plaintiff, | STIPULATION AND ORDER CONTINUING STATUS CONFERENCE |
| v. | |
| SABER HUSSAIN, | |
| Defendant. | |

    Plaintiff United States of America, by and through its counsel of record, the United States Attorney for the Northern District of California and Assistant United States Attorneys Lloyd Farnham and Garth Hire, and defendant Saber Hussain (defendant), by and through his counsel of record Vicki H. Young, hereby stipulate to continue the status conference presently scheduled for February 7, 2023, to May 16, 2023. This will allow the status conference to occur after the sentencing of defendant Sivannarayana Barama in case number CR 19-463 RS-2, which is currently scheduled for April 18, 2023. The parties therefore request that the status conference for defendant Hussain be continued until

2:30 p.m. on May 16, 2023, via Zoom, by which time the parties anticipate that Barama will have been sentenced.

IT IS SO STIPULATED.

| Dated: February 3, 2023 | STEPHANIE M. HINDS<br>United States Attorney |
|---|---|
| | /S/   *Garth Hire*<br>LLOYD FARNHAM<br>GARTH HIRE<br>Assistant United States Attorney |
| | Attorneys for Plaintiff<br>UNITED STATES OF AMERICA |
| Dated: February 3, 2023 | /S/<br>VICKI H. YOUNG |
| | Attorney for Defendant<br>SABER HUSSAIN |

**ORDER**

Based on the stipulation of the parties and for good cause shown, the Court continues the status conference for defendant Hussain from February 7, 2023, to 2:30 p.m. on May 16, 2023.

IT IS SO ORDERED.

February 3, 2023
DATE

HONORABLE RICHARD SEEBORG
CHIEF UNITED STATES DISTRICT JUDGE